SCHWARZ et al. v. ARMSTRONG RUBBER CO., Inc. (Circuit Court of Appeals, Second Circuit. December 22, 1922.) No. 98. In Error to the District Court of the United States for the Southern District of New York. Ac-

tion at law by the Armstrong Rubber Company, Inc., against Alex. C. Schwarz and another, copartners doing business under the firm name and style of Alex. C. Schwarz Company. Judgment for plaintiff, and defendants bring error. Affirmed. Strasbourger & Schallek, of New York City, for plaintiffs in error. McDonnell & Lebett, of New York City (George J. McDonnell, of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.